# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RONALD CRAIG, | ) |
| Plaintiff, | ) |
| | ) Case No. 17-cv-388-JED-FHM |
| v. | ) |
| OKLAHOMA DEPARTMENT OF REHABILITATION SERVICES, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Motion to Dismiss (Doc. 6) brought by Defendant State of Oklahoma *ex rel.* Oklahoma Department of Rehabilitation Services, designated in the Complaint as Oklahoma Department of Rehabilitation Services. Since Defendant's motion was filed on July 26, 2017, Plaintiff Ronald Craig has requested, and this Court has granted, a series of continuances in order to allow him the opportunity to retain counsel. On March 6, 2018, the Court warned Plaintiff that his response to Defendant's motion had to be filed by March 23, 2018, or the motion would be deemed confessed. Because Plaintiff has not yet submitted a response, Defendant's Motion to Dismiss (Doc. 6) is hereby deemed confessed and is **granted**. A separate judgment will be entered forthwith.

**ORDERED** this 26th day of March, 2018.

JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE