## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RONALD CRAIG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 17-cv-388-JED-FHM ) ) |
| OKLAHOMA DEPARTMENT OF REHABILITATION SERVICES, | ) ) ) |
| Defendant. | ) ) |

## **JUDGMENT**

The Court has entered an Order (Doc. 18) granting the Defendant's Motion to Dismiss (Doc. 6). Judgment is hereby entered for the Defendant and against the Plaintiff.

**DATED** this 26th day of March, 2018.

JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE